IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                         )<br>                      Plaintiff,             )<br>                                                         )<br>vs.                                                  )<br>                                                         )<br>JOHN GERALD GIESSINGER,       )<br>                                                         )<br>                      Defendant.         ) | 8:09CR203<br><br>ORDER |

   This matter is before the court on the motion for an extension of time by defendant John Gerald Giessinger  (Giessinger) (Filing No. 17).  Giessinger seeks an additional thirty days in which to file pretrial motions in accordance with the progression order (Filing No. 10). Giessinger has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act .  Upon consideration, the motion will be granted

   **IT IS ORDERED:**

   Defendant Giessinger's motion for an extension of time (Filing No. 17) is granted.  Giessinger is given until **on or before August 20, 2009,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 22, 2009 and August 20, 2009**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

   DATED this 22nd day of July, 2009.

                                                                                  BY THE COURT:

                                                                                  s/ Thomas D. Thalken
                                                                                  United States Magistrate Judge