IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:09CR203
                               )
      v.                       )
                               )
JOHN G. GIESSINGER,            )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to reconsider, vacate, or modify sentence under 28 U.S.C. § 2255 (Filing No. 63).  The Court has determined that plaintiff should respond to said motion.  Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's 28 U.S.C. § 2255 motion on or before July 22, 2011.

DATED this 21st day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court